SAMUEL FRIED, APPELLANT, V. AMASA STONE, JR., AND SWAN I. SWANSON, APPELLANTS.

COBB, J.

The facts in this case are identical with those of the preceding case of the same plaintiff and appellant v. Amasa Stone, Jr., Theodore Staufer and Samuel Staufer, defend-

ants and appellees, and constitute a part of the same trans-actions. For the reasons stated in the opinion in that case the judgment of the district court in this case is affirmed.

JUDGMENT AFFIRMED.